<u>IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA</u>

```
FABRAL, INC.,                          )
                                       ) Civil Action
             Plaintiff                 ) No. 09-cv-00279
                                       )
      vs.                              )
                                       )
B&B ROOFING COMPANY, INC.,             )
   doing business as B&B Roofing       )
   & Metals, Inc.;                     )
B&B METALS OF MIDDLESBORO, INC.,       )
   doing business as B&B Roofing       )
   & Metals, Inc.;                     )
B&B METALS, LLC,                       )
   doing business as B&B Roofing       )
   & Metals, Inc.; and                 )
GARY M. BREWSTER,                      )
                                       )
             Defendants                )
```

<u>VERDICT</u>

NOW, this 30th day of September, 2011, after trial without jury before the undersigned on March 1 and 2, 2011; and based upon the Findings of Fact, Conclusions of Law, and Discussion contained in the accompanying Adjudication, I find as follows:

On Count I of plaintiff's Complaint filed January 21, 2009, I find in favor of plaintiff Fabral, Inc. and against defendant B&B Roofing Company, Inc. in the amount of $2,553,696.67, as follows:

```
        $1,537,959.35   for principal balance owed
           758,054.47   for late charges
           238,703.50   for attorneys' fees
            18,979.35   for costs
        $2,553,696.67   Total Verdict against
                        B&B Roofing Company, Inc.
```

On Count I of plaintiff's Complaint, I find in favor of plaintiff Fabral, Inc. and against defendant B&B Metals of Middlesboro, Inc. in the amount of $816,577.12, as follows:

```
$ 498,136.98   for principal balance owed[1]
  234,950.90   for late charges
   77,339.93   for attorneys fees
    6,149.31   for costs
$ 816,577.12   Total Verdict against
               B&B Metals of Middlesboro, Inc.
```

On Count I of plaintiff's Complaint, I find in favor of plaintiff Fabral, Inc. and against defendant B&B Metals, LLC in the amount of $1,737,119.55, as follows:

```
$1,039,822.37   for principal balance owed[2]
   523,103.57   for late charges
   161,363.57   for attorneys' fees
    12,830.04   for costs
$1,737,119.55   Total Verdict against
                B&B Metals, LLC[3]
```

BY THE COURT:

/s/ James Knoll Gardner
James Knoll Gardner
United States District Judge

---

[1]   This amount of $498,136.98 for principal balance owed is based on my Order and Opinion dated February 24, 2011 where I granted, in part, Plaintiff's Motion for Summary Judgment and entered judgment in favor of plaintiff Fabral, Inc. and against defendant B&B Metals of Middlesboro, Inc. in the amount of $498,136.98 on liability and compensatory damages only.

[2]   This amount of $1,039,822.37 for principal balance owed is based on my Order and Opinion dated February 24, 2011 where I granted, in part, Plaintiff's Motion for Summary Judgment and entered judgment in favor of plaintiff Fabral, Inc. and against defendant B&B Metals, LLC in the amount of $1,039,822.37 on liability and compensatory damages only.

[3]   It is the sense of this Verdict that, for the reasons articulated in the accompanying Adjudication, plaintiff sustained total damages of
(Footnote 3 continued):

---

(Continuation of footnote 3):

$2,553,696.67. These damages include $1,537,959.35 for the principal balance owed to plaintiff on the outstanding invoices, $758,054.47 for late charges, $238,703.50 for attorneys' fees, and $18,979.35 for costs.

       It is the further sense of this Verdict that defendant B&B Roofing Company, Inc. ("Roofing") is liable to plaintiff for 100% of these damages.

       It is also the sense of this Verdict that, together, defnedants B&B Metals of Middlesboro, Inc. ("Middlesboro") and B&B Metals, LLC ("LLC") are liable to plaintiff for 100% of these damages as well. Middlesboro's percentage share of the total amounts of the outstanding invoices, late charges, attorneys' fees, and costs is 32.4%. LLC's percentage share of these items is 67.6%.

       Nothing in this Verdict or the accompanying Adjudication should be construed as precluding plaintiff from seeking additional recovery for attorneys' fees or late fees, if appropriate, in a motion for additur or other appropriate request. However, it is the sense of this Verdict that plaintiff is not entitled to a "double recovery".

       In other words, plaintiff may seek to recover anything up to 100% of these total damages ($2,553,696.67) from Roofing, anything up to 32.4% of these total damages ($816,577.12) from Middlesboro, and anything up to 67.6% of these total damages ($1,737,119.55) from LLC, so long as plaintiff's total recovery from all three defendants does not exceed $2,553,696.67.