IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FABRAL, INC., )
 ) Civil Action
        Plaintiff ) No. 09-cv-00279
 )
  vs. )
 )
B&B ROOFING COMPANY, INC., )
  doing business as B&B Roofing )
  & Metals, Inc.; )
B&B METALS OF MIDDLESBORO, INC., )
  doing business as B&B Roofing )
  & Metals, Inc.; )
B&B METALS, LLC, )
  doing business as B&B Roofing )
  & Metals, Inc.; and )
GARY M. BREWSTER, )
 )
        Defendants )

## VERDICT

NOW, this 30th day of September, 2011, after trial without jury before the undersigned on March 1 and 2, 2011; and based upon the Findings of Fact, Conclusions of Law, and Discussion contained in the accompanying Adjudication, I find as follows:

On Count I of plaintiff's Complaint filed January 21, 2009, I find in favor of plaintiff Fabral, Inc. and against defendant B&B Roofing Company, Inc. in the amount of $2,553,696.67, as follows:

```
$1,537,959.35  for principal balance owed
   758,054.47  for late charges
   238,703.50  for attorneys' fees
    18,979.35  for costs
$2,553,696.67  Total Verdict against
               B&B Roofing Company, Inc.
```

On Count I of plaintiff's Complaint, I find in favor of plaintiff Fabral, Inc. and against defendant B&B Metals of Middlesboro, Inc. in the amount of $816,577.12, as follows:

```
$  498,136.98   for principal balance owed[1]
   234,950.90   for late charges
    77,339.93   for attorneys fees
     6,149.31   for costs
$  816,577.12   Total Verdict against
                B&B Metals of Middlesboro, Inc.
```

On Count I of plaintiff's Complaint, I find in favor of plaintiff Fabral, Inc. and against defendant B&B Metals, LLC in the amount of $1,737,119.55, as follows:

```
$1,039,822.37   for principal balance owed[2]
   523,103.57   for late charges
   161,363.57   for attorneys' fees
    12,830.04   for costs
$1,737,119.55   Total Verdict against
                B&B Metals, LLC[3]
```

BY THE COURT:


/s/ James Knoll Gardner
James Knoll Gardner
United States District Judge

---

[1]  This amount of $498,136.98 for principal balance owed is based on my Order and Opinion dated February 24, 2011 where I granted, in part, Plaintiff's Motion for Summary Judgment and entered judgment in favor of plaintiff Fabral, Inc. and against defendant B&B Metals of Middlesboro, Inc. in the amount of $498,136.98 on liability and compensatory damages only.

[2]  This amount of $1,039,822.37 for principal balance owed is based on my Order and Opinion dated February 24, 2011 where I granted, in part, Plaintiff's Motion for Summary Judgment and entered judgment in favor of plaintiff Fabral, Inc. and against defendant B&B Metals, LLC in the amount of $1,039,822.37 on liability and compensatory damages only.

[3]  It is the sense of this Verdict that, for the reasons articulated in the accompanying Adjudication, plaintiff sustained total damages of
(Footnote 3 continued):

---

(Continuation of footnote 3):

$2,553,696.67. These damages include $1,537,959.35 for the principal balance owed to plaintiff on the outstanding invoices, $758,054.47 for late charges, $238,703.50 for attorneys' fees, and $18,979.35 for costs.

It is the further sense of this Verdict that defendant B&B Roofing Company, Inc. ("Roofing") is liable to plaintiff for 100% of these damages.

It is also the sense of this Verdict that, together, defnedants B&B Metals of Middlesboro, Inc. ("Middlesboro") and B&B Metals, LLC ("LLC") are liable to plaintiff for 100% of these damages as well. Middlesboro's percentage share of the total amounts of the outstanding invoices, late charges, attorneys' fees, and costs is 32.4%. LLC's percentage share of these items is 67.6%.

Nothing in this Verdict or the accompanying Adjudication should be construed as precluding plaintiff from seeking additional recovery for attorneys' fees or late fees, if appropriate, in a motion for additur or other appropriate request. However, it is the sense of this Verdict that plaintiff is not entitled to a "double recovery".

In other words, plaintiff may seek to recover anything up to 100% of these total damages ($2,553,696.67) from Roofing, anything up to 32.4% of these total damages ($816,577.12) from Middlesboro, and anything up to 67.6% of these total damages ($1,737,119.55) from LLC, so long as plaintiff's total recovery from all three defendants does not exceed $2,553,696.67.